# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 27 AM 10: 06

DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'07 MJ 2754**

The person charged as __MEDINA, Martin Andres__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Western__ District of __Texas__ on __11/26/07__ with: __Title 18 Section 3583(e)(3)__, in violation of:

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 11/27/07

Ken Lavigna
CI -Deputy United States Marshal

Reviewed and Approved

DATE:

_____
Assistant United States Attorney

PROB 19
(Rev. 5/92)

# United States District Court

for

Western Texas

#49932-180

U.S.A. vs Martin Andres Medina                                Docket No.  P-05-CR-079

TO:¹ ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICIAL

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Martin Andres Medina ||| SEX<br>Male | RACE<br>White-Hispanic | AGE<br>43 |
| ADDRESS (STREET, CITY, STATE)<br>in custody w/US Border Patrol, Imperial Beach, California |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>Western District of Texas |||| DATE IMPOSED<br>August 17, 2005 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>Western District of Texas (Pecos, Texas) |||||
| CLERK<br>William Putnicki<br>Western Texas | (BY) DEPUTY CLERK ||| DATE<br>Nov. 26, 2007 ||
| RETURN |||||
| Warrant received and executed | DATE RECEIVED ||| DATE EXECUTED ||
| EXECUTING AGENCY (NAME AND ADDRESS) |||||
| NAME | (BY) |||| DATE |

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for ___Western___ District of ___Texas___;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
NOV 2 6 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Andres Medina                   Case Number: P-05-CR-079

Name of Sentencing Judicial Officer: The Honorable Robert Junell, United States District Judge

Date of Original Sentence: August 17, 2005

Original Offense: Illegal Entry After Deportation in violation of 8 U.S.C. § 1326(a) & (b)(2)

Original Sentence: 24 months imprisonment; 1 year supervised release; $100 special assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: November 29, 2006

Assistant U.S. Attorney: Dwight Goains            Defense Attorney: David Fannin (AFPD)

### PETITIONING THE COURT

[✓] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory #1 | The defendant shall not commit another federal, state or local crime. |
| Special #1 | If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office. |
| Nature of Non-Compliance | The defendant was arrested on November 4, 2007, by U.S. Border Patrol agents out of the Imperial Beach, California, Office, using the name Martin Herrera-Medina. The alien was subsequently removed from the United States pursuant to alien removal procedures. |

A true copy of the original, I certify
Clerk, U.S. District Court
BY

Prob 12C
(7/93)

The term of supervision should be

☑ revoked.

☐ extended ___ years, for a total term of _____ years.

The conditions of supervision should be modified as follows:

Approved:

*[signature]*
Oswaldo T. Hinojos
Supervising U.S. Probation Officer

cc: ADCUSPO, El Paso, Texas

Respectfully submitted.

*[signature]*
Armando O. Flores
Senior U.S. Probation Officer

Date: November 14, 2007

☐ No action.
☑ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other

*[signature]*
Robert Junell

11-19-07
Date