**ELLIS M. JOHNSTON III**
California Bar No. 223664
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
ellis_johnston@fd.org

Attorneys for Defendant Mr. Medina

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07mj2754 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| MARTIN ANDRES MEDINA, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as supervising counsel with Victor N. Pippins, attorneys in the above-captioned case.

Respectfully submitted,

Dated: December 4, 2007      *s/ Ellis M. Johnston, III*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
ellis_johnston@fd.org