1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   E-mail: ellis_johnston@fd.org
5

6  Attorneys for Mr. Medina

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  Case No. 07mj2754
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )  **PROOF OF SERVICE**
                                      )
14 | **MARTIN ANDRES MEDINA**,        )
                                      )
15 |         Defendant.                )
                                      )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov,
21

22
                                                *s/ Ellis M. Johnston, III*
23 Dated: December 4, 2007                      **ELLIS M. JOHNSTON III**
                                                Federal Defenders of San Diego, Inc.
24                                              E-mail: ellis_johnston@fd.org

25

26

27

28