## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   MEDINA   [1]   07MJ2754-AJB

The Honorable:   ANTHONY J. BATTAGLIA

Atty   VICTOR PIPPINS, FD   for   [1]   -   PDA
Atty   ___   for   []   -
Atty   ___   for   []   -

AJB07-1:1527-1601

AUSA: Jeffrey Moore

Identity hearing held. Court finds that the defendant is the person as named on the pending charges from the District of Western District of Texas.

Defendant is ordered removed to the Western District of Texas - Forthwith.

Warrant of Removal submitted by the Government.

C/S/T: Kenneth Lavigna

Date:   12/11/07

END OF FORM

by YMM

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

U.S.A.          VS          MEDINA

X Plaintiff  ___ Defendant  ___ Court   Type of Hearing: IDENTITY HEARING
(Gov't)                                 Case Number: 07MJ2754-AJB

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 12/11/07 | 12/11/07 | Out of District complaint (ODC) |
| 2 | 12/11/07 | 12/11/07 | Petition re OSC |
| 3 | 12/11/07 | 12/11/07 | Warrant issued fm Western Dist of Texas |
| 4 | 12/11/07 | 12/11/07 | Fingerprints/Photo of arrest |
| 5 | 12/11/07 | 12/11/07 | Email from Prob Officer Flores |