UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. **07MJ2754** |
| v. | |
| **MARTIN ANDRES MEDINA** | **WARRANT OF REMOVAL** (After Hearing) |

To: United States Marshal

A warrant having been issued in the Western District of Texas, charging defendant **MARTIN ANDRES MEDINA** with violating conditions of supervised release, in violation of Title 18, United States Code, Section 3583(e)(3), and the above-named defendant having been arrested in this district and, after hearing, pursuant to Federal Rule of Criminal Procedure 32.1, having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Western District of Texas and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

_____
HON. ANTHONY J. BATTAGLIA
United States Magistrate Judge

Dated at San Diego, California, this _____ day of _____, 2007.

## RETURN

Western District of Texas (at Pecos)                ss

Received the within warrant of removal the _____ day of _____, 2007, and executed same.

_____
U. S. Marshal

By _____
Deputy Marshal

JDM/tlp/December 4, 2007/Rev. 12/02