# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
PLEASE RECEIPT AND RETURN
07 DEC 28 PM 4:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

December 13, 2007

RECEIVED
DEC 2 6 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Clerk, U.S. District Court
Western District of Texas
727 East Durango Boulevard
San Antonio, TX 78206

Re:   07mj2754 AJB, USA v. Medina

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | __ | Order of Removal |
| __ | Minute Order Appointing Counsel | X | Detention Order |
| __ | Corporate Surety Bond | __ | Waiver of Removal |
| __ | Personal Surety Bond | | |
| X | Other | Minutes dated 12/11/07, Notice of Appearance | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: P. DELA CRUZ
P. Dela Cruz, Deputy Clerk